## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: ) | BK Case No.: **18-26736** |
| ) | |
| **MARVIN FAULKNER**  , ) | **Chapter 7** |
| ) | |
| Debtor, ) | JUDGE Deborah L. Thorne |

### "DEBTOR'S, MARVIN FAULKNER'S, FILING OF THE FINAL PAYMENT OF $125.00 IN THIS CHAPTER 7 BANKRUPTCY CASE NUMBER: 18-26736"

Now comes Marvin Faulkner, Debtor, by and though himself with this titled filing, as titled *above*, for confirmation Debtor's final payment of $125.00, in case at bar; states the followings:

1.  On December 29, 2018 Debtor, Marvin Faulkner, received through electrically emailed by bncedi@noticingcenter.com the Court's Motion To Dismiss for Failure to Pay Filing Fees and hearing date of January 29, 2019 at 10.00 AM., attached herein as **Exhibit "A"**.

2.  On January 03, 2019 Debtor's, Marvin Faulkner's, payment of $125.00 the receipt number is 3236085 for and in the case number: 18-26736 attached herein as **Exhibit "B"**.

*WHEREAS* this filing; is herein filed, in this Honorable Court of the matter at bar.

By: Marvin Faulkner, Debtor

Dated: January 03, 2019

Marvin Faulkner, Debtor
828 North Ridgeland Ave.,
Oak Park, Illinois 60302
Phone: 1-312-404-3757
Email: mfaulkner@endjudicialcorruption.org

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

JAN 03 2019

JEFFREY P. ALLSTEADT, CLERK
INTAKE 1

Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois
### Eastern Division
### 219 S Dearborn
### 7th Floor
### Chicago, IL 60604

Bankruptcy Proceeding No.: 18-26736
Chapter: 7
Judge: Deborah L. Thorne

In Re:
Marvin Faulkner
828 North Ridgeland Ave
Oak Park, IL 60302

Social Security No.:
xxx-xx-8800

Employer's Tax I.D. No.:

PLEASE TAKE NOTICE that a hearing will be held at:

219 South Dearborn, Courtroom 613, Chicago, IL 60604

on January 29, 2019 at 10:00 AM

TO CONSIDER AND ACT UPON the following: Courts Motion to dismiss case due to failure to pay filing fee. The amount owed at this time is $125.00. Submit payment in the form of cash or money order payable to U.S.B.C.

For the Court,

Dated: December 28, 2018

Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court



EXHIBIT "A"

BNC E-mail # 6 to TP 109227 [p-129469287], "Court's Motion to Dismiss for Failure to Pay Filing Fees"

**bncedi@noticingcenter.com**      12/29/2018 1:42 AM
**To** mfaulkner@endjudicialcorruption.org

▸ 📎 1 attachment    View    Open in browser    Download

```
MARVIN FAULKNER
828 NORTH RIDGELAND AVE
OAK PARK IL 60302-1440

This E-mail contains 1 notice totaling 1 page.
Your E-mails are serialized; this is number 6.

Please do not reply to this E-mail; it was generated automatically.

Case#, Court form code, Originating court, Title of document filed

18-26736, ntchrgBK, Chicago, "Court's Motion to Dismiss for Failure to Pay Filing Fees"
District: Illinois - North
Office: Chicago
Court: ILN01
Chapter: 7
Judge: DLT
Marvin Faulkner
828 North Ridgeland Ave
Oak Park, IL 60302-1440
```

```
       UNITED STATES
     BANKRUPTCY COURT
    NORTHERN DISTRICT OF ILLINOIS
          EASTERN DIVISION

     # 3236085    - NB

       January 03, 2019
          14:55:13

     CHAPTER 7    INST
       18-26736-DLT7
   Debtor.: MARVIN FAULKNER
   Judge..: DEBORAH THORNE
   Trustee: Andrew Maxwell
                          $125.00 CA
   Amount.:


              COPY
        18-26736-DLT7
   Debtor.: MARVIN FAULKNER
   Judge..: DEBORAH THORNE
   Trustee: Andrew Maxwell
   Qty....:   4 @ $0.50
                          $2.00 CA
   Amount.:




       Total ->   $127.00



       FROM: MARVIN FAULKNER
```

Exhibit "B"